441 A.2d 793

Commonwealth v. McFadden, Appellant.

Submitted October 28, 1981. Alphonse P. Lepore, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.

Decision was rendered prior to SHERTZ, J. leaving the bench of the Superior Court of Pennsylvania.